# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

November 13, 2025

Granted.

SO ORDERED:

11/13/2025

HON. ROBERT W. LEHRBURGER  
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**  
Hon. Robert W. Lehrburger  
United States Magistrate Judge  
Southern District of New York

   **Re:**   **Maldonado v. Mama Tinas Pizza Corp. (d/b/a Mama Tinas Pizza) et al**  
       **Case No.: 1:25-cv-01549**

Your Honor:

  This office represents the Plaintiff in the above-referenced matter. With the consent of the Defendants, we write to request for a 21-day extension of time for Plaintiff to file a motion for substitution with regards to the death of Defendant Ernesto Ballinas (who is improperly named in this action as "Modesto Doe"). The reason for the request is that on July 15, 2025, Raymundo Ballinas, who is the brother of the decedent, filed a petition for letters testamentary with the Bronx County Surrogate's Court to appoint himself as the executor of the decedent's estate. Letters testamentary were released on November 3, 2025, and Defendants' counsel is looking into whether he can obtain this document, which is necessary for Plaintiff's motion. This is the second time the Plaintiff is seeking this extension.

  We thank the Court for its time and consideration of this request.

Respectfully Submitted,

*/s/Robert Jun*  
Robert Jun