UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MALDONADO, et al.,                          :
                                            :          25-CV-1549 (RWL)
                          Plaintiffs,       :
                                            :              **ORDER**
          - against -                       :
                                            :
MAMA TINAS PIZZA CORP., et al.              :
                                            :
                          Defendants.       :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By **December 10, 2025**, Plaintiff shall file a letter stating whether he consents to the motion to substitute filed at Dkt. 38. In the event that Plaintiff does not oppose substitution, then by **December 17, 2025**, the parties shall a joint proposed case schedule.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 3, 2025
          New York, New York

Copies transmitted this date to all counsel of record.

1