So Ordered.  The Clerk of Court is respectfully directed to substitute current Plaintiff Ernesto Ballinas (improperly sued herein as "Modesto Doe") with Raymundo Ballinas, as Administrator of the ESTATE OF ERNESTO BALLINAS, and to reflect same on ECF.

SO ORDERED:

12/8/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LEONARDO LUJAN MALDONADO ,
*individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

MAMA TINA'S PIZZA CORP.  (d/b/a MAMA TINA'S PIZZA), PETER GOLLA , MODESTO DOE, and GUSTAVO DOE,

*Defendants.*

---

**Case No.: 1:25-cv-01549**

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed Declaration of Robert Jun, sworn to on the 2nd day of December, 2025, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the United States Courthouse for the Southern District of New York, before the Honorable Judge Robert W. Lehrburger, for an Order: (1) granting Plaintiff leave to substitute decedent Ernesto Ballinas (improperly sued herein as "Modesto Doe") with Raymundo Ballinas, as Administrator of the ESTATE OF ERNESTO BALLINAS; (2) such other relief as the Court deems just and proper.

Dated: New York, New York
       December 2, 2025

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: */s/ Robert Jun__*
    Robert Jun
    60 East 42nd Street, Suite 4510
    New York, New York 10165
    Telephone: (212) 317-1200
    Facsimile: (212) 317-1620
    *Attorneys for Plaintiff*

- 1 -