UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MALDONADO, et al.,                                  :
                                                    :        25-CV-1549 (RWL)
                        Plaintiffs,                 :
                                                    :        **ORDER**
            - against -                             :
                                                    :
MAMA TINAS PIZZA CORP., et al.                      :
                                                    :
                        Defendants.                 :

---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A report of the mediator indicates that the parties have agreed to terms of settlement. Accordingly, by **July 17, 2026**, the parties shall file a joint *Cheeks* submission, along with the settlement agreement and records supporting the allotted attorneys' fees.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 18, 2026
         New York, New York

Copies transmitted this date to all counsel of record.

1