**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

LEONARDO LUJAN MALDONADO, *individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

MAMA TINA'S PIZZA CORP. (d/b/a MAMA TINA'S PIZZA), PETER GOLLA, RAYMUNDO BALLINAS AS ADMINISTRATOR OF THE ESTATE OF ERNESTO BALLINAS, and GUSTAVO DOE,

*Defendants,*

---------------------------------------------------------------X

Civil Action No. 1:25-cv-01549-RWL

**JUDGMENT**

## JUDGMENT

On July 7, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, LEONARDO LUJAN MALDONADO, has judgment against Defendants MAMA TINA'S PIZZA CORP. (D/B/A MAMA TINA'S PIZZA, RAYMUNDO BALLINAS AS ADMINISTRATOR OF THE ESTATE OF ERNESTO BALLINAS, AND GUSTAVO CHAVEZ (improperly sued herein as "GUSTAVO DOE"), jointly and severally, in the amount of Seventy-Six Thousand Dollars and No Cents ($76,000.00), which is inclusive of attorneys' fees and costs.

Dated: July 8, 2026

HON ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE